**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 30, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00618-CV

## JWHAC, LLC D/B/A JON WAYNE SERVICE COMPANY, Appellant

## V.

## DIANE MARTINEZ, Appellee

**On Appeal from the 285th District Court
Bexar County, Texas
Trial Court Cause No. 2021CI24919**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 9, 2023. On January 5, 2024, the parties filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A). The parties also request that the supersedeas bond filed by appellant be released and the obligations of U.S. Specialty Insurance Company, to be discharged. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Wise and Jewell.